[No. 40024-0-I.    Division One.    February 9, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. MAURICE
HERMAN SAUVE, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 93-1-05055-7, Michael J. Fox, J., entered
December 4, 1996. *Dismissed* by unpublished per curiam
opinion.

[No. 40099-1-I.    Division One.    February 9, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. ROOSEVELT
SILAS, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 96-1-05384-4, Patricia H. Aitken, J., entered
November 25, 1996. *Affirmed* by unpublished per curiam
opinion.

[No. 40154-4-I.    Division One.    February 9, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD SCOTT
MILLS, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 96-1-04915-4, Marilyn R. Sellers, J., entered
February 11, 1997. *Affirmed* by unpublished per curiam
opinion.

[No. 40352-4-I.    Division One.    February 9, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. HAROLDO A.
PLATA, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 96-1-06758-5, Richard A. Jones, J., entered
March 10, 1997. *Affirmed* by unpublished per curiam
opinion.